Joseph R. Ganley (5643)
Patricia Lee (8287)
HUTCHISON & STEFFEN, LLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
jganley@hutchlegal.com
plee@hutchlegal.com

*Attorneys for defendant*
*Harris Success Systems, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DISTRESSED PROPERTY INSTITUTE, LLC, a Florida Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY C. HARRIS, an Individual, JULIE A. HARRIS, an Individual, HARRIS SUCCESS SYSTEMS, LLC a Nevada Limited Liability Company, and DOES I through 10,<br><br>Defendants. | Case No.:   2:10-cv-00664<br><br>**DEFENDANT HARRIS SUCCESS SYSTEMS, LLC'S DEMAND FOR COST BOND PURSUANT TO NRS 18.130** |

Defendant Harris Success Systems, LLC, a Nevada Limited Liability Company, hereby demand that Plaintiff Distressed Property Institute, LLC a non-resident Florida limited liability company, deposit with the Court security for the costs and charges which may be

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  awarded against it in this action pursuant to NRS 18.130.

2  DATED this 28th day of May, 2010.

HUTCHISON & STEFFEN, LLC

_/s/ (#9154)_
Joseph R. Ganley (5643)
Patricia Lee (8287)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for defendant*
*Harris Success Systems, LLC*

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of HUTCHISON & STEFFEN, LLC and that on this 28th day of May, 2010, I caused the above and foregoing document entitled **DEFENDANT HARRIS SUCCESS SYSTEMS, LLC'S DEMAND FOR COST BOND PURSUANT TO NRS 18.130** to be served as follows:

[X]   by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

[ ]   to be sent via e-mail;

[ ]   to be sent via facsimile; and/or

[ ]   to be hand-delivered

to the attorneys listed below at the address and/or facsimile number indicated below:

Mark Borghese, Esq.
Ryan Gile, Esq.
WEIDE & MILLER, LTD.
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
mborghese@weidemiller.com
rgile@weidemiller.com

*Attorney for Distressed Property Institute, LLC*

/s/ Lisa Beck
An employee of Hutchison & Steffen, LLC

- 3 -