# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DISTRESSED PROPERTY INSTITUTE, LLC,

    Plaintiff,

v.

TIMOTHY C. HARRIS, et al.,

    Defendants.

2:10-CV-664 JCM (RJJ)

**ORDER**

Presently before the court is plaintiff Distressed Property Institute's motion for release of non-resident cash bond. (Doc. #15).

Plaintiff filed its complaint on May 7, 2010 (doc. #1). Thereafter, defendant Harris Success Systems, LLC, demanded that plaintiff, a non-resident Florida limited liability company, deposit a bond with the court pursuant to NRS 18.130. (Doc. #7). Plaintiff complied and posted a five-hundred dollar cash bond on June 3, 2010. (Doc. #9).

A notice of voluntary dismissal with prejudice was entered by the plaintiff on August 2, 2010, indicating that the litigation had been resolved by the mutual agreement of the parties. (Doc. #13). Plaintiff now requests that the court release the bond.

Because the bond served as security for the defendants, and defendants have not objected, the court releases the bond back to the plaintiff.

Accordingly,

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for
2 release of bond (doc. #15) is hereby GRANTED.
3    DATED September 28, 2010.

4
5                                              *James C. Mahan* (signature)
                                    _____
6                                              UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**